In the Matter of Supplementary Proceedings: ARCH R. SAMPSON, Respondent, *v.* NELSON Z. GRAVES, Appellant.

First Department, March 21, 1924.

See headnote in *Sampson* v. *Graves* (*ante*, p. 522).

APPEAL by the defendant, Nelson Z. Graves, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 21st day of January, 1924, denying his motion to set aside the service of an order for his examination as judgment debtor in supplementary proceedings.

*Konta, Kirchwey & Michael [Karl W. Kirchwey* of counsel; *Lindley M. Garrison* with him on the brief], for the appellant.

*Laughlin, Gerard, Bowers & Halpin [Stewart W. Bowers* of counsel; *Spotswood D. Bowers* with him on the brief], for the respondent.

DOWLING, J.:

For the reasons assigned in the accompanying appeal of *Sampson* v. *Graves* (208 App. Div. 522); the order appealed from will be affirmed, with ten dollars costs and disbursements.

Present— CLARKE, P. J., DOWLING, SMITH, MERRELL and McAVOY, JJ.

Order affirmed, with ten dollars costs and disbursements.